UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
         Plaintiff-Respondent,

         - against -

GILDARDO GARCIA
         Defendant-Petitioner.
------------------------------------------------------------X

**ORDER**
02 CR 0233 (SJ)
05 CV 2088 (SJ)

MAIL TO:

GILDARDO GARCIA
#67203 053 Unit C/1
Federal Correctional Complex Low
P.O. Box 1031
Coleman, FL 33521-1031
Petitioner *Pro Se*

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepoint Plaza
Brooklyn, NY 11201
By:   Christina B. Dugger
Attorney for Respondent

JOHNSON, SENIOR D.J.:

     Under 02-CR-0233, pro se Petitioner Giraldo Garcia ("Petitioner") moved for the return of seized property, including a watch, bracelet, ring and $20 in United States currency. Because the criminal case was closed, Petitioner's motion was docketed under a civil case, 05-CV-2088. By letter dated May 11, 2005, the Government has agreed to release the requested property to Petitioner's attorney, Malvina Nathanson, Esq., as soon

1

as possible. Therefore, Petitioner's Motion for the Return of Seized Property is

DISMISSED as moot, without prejudice against refiling. The Clerk of Court is directed

to close the above-captioned matter.

SO ORDERED.
Dated: May 12, 2005
      Brooklyn, NY

_____
/ Senior U.S.D.J.

P-049